ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 0 7 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EVELYN K. TAYLOR-PARKS | Criminal Information<br><br>No. 1:18-CR-299-SCJ |

THE UNITED STATES ATTORNEY CHARGES THAT:

### CONSPIRACY TO COMMIT BRIBERY

1. Beginning on a date unknown, but at least from in or about late-2011 to in or about February 2014, in the Northern District of Georgia and elsewhere, defendant EVELYN KATRINA TAYLOR-PARKS, as the City of Atlanta's Deputy Chief of Staff to the Mayor, knowingly and willfully conspired, agreed, and had a tacit understanding with another person known to the United States Attorney, to corruptly solicit and accept a thing of value from a person, intending to be influenced and rewarded in connection with a transaction and series of transactions of the City of Atlanta government, involving something of value of at least $5000, in violation of Title 18, United States Code, Section 666(a)(1)(B).

2. In furtherance of the conspiracy, PARKS and her co-conspirator/s committed at least one of the following overt acts:

   a. On or about January 28, 2013, a vendor with the City of Atlanta ("Vendor") wrote a $2,000 check to TKP Solutions, L.L.C., a business owned and organized by PARKS.

b. On or about February 15, 2013, PARKS filed a City Financial Disclosure Statement with the City of Atlanta falsely attesting that she was not self-employed or employed by any business or entity other than the City of Atlanta.

c. On or about March 28, 2013, Vendor wrote a $2,000 check to PARKS's husband.

d. On or about April 22, 2013, Vendor deposited an approximately $11,750 check from the City of Atlanta into a business account he controlled.

e. On or about June 21, 2013, Vendor deposited an approximately $15,000 check from the City of Atlanta into a business account he controlled.

f. On or about July 19, 2013, Vendor deposited an approximately $17,200 check from the City of Atlanta into a business account he controlled.

g. On or about July 31, 2013, Vendor deposited an approximately $36,149 check from the City of Atlanta into a business account he controlled.

h. On or about March 27, 2014, PARKS filed a City Financial Disclosure Statement with the City of Atlanta falsely attesting that she was not self-employed or employed by any business or entity other than the City of Atlanta.

3. The City of Atlanta (Georgia) government is a local government that received federal assistance in excess of $10,000 during each calendar year from 2011 to 2014.

All in violation of Title 18, United States Code, Section 371.

BYUNG J. PAK
  *United States Attorney*

JEFFREY W. DAVIS
  *Assistant United States Attorney*
  Georgia Bar No. 426418

JILL E. STEINBERG
  *Assistant United States Attorney*
  Georgia Bar No. 502042

600 U.S. Courthouse ▪ 75 Ted Turner Drive, SW
Atlanta, GA 30303 ▪ 404-581-6000