U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2017R00853)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:  Fulton    DISTRICT COURT NO.    1:18-CR-299-SCJ

MAGISTRATE CASE NO.

Indictment                    X Information                 Magistrate's Complaint
DATE:                         DATE: August 7, 2018          DATE:

UNITED STATES OF AMERICA              SUPERSEDING INFORMATION
vs.                                   Prior Case Number:
EVELYN K. PARKS                       Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:  Steve C. Jones

Attorney: Jeffrey W. Davis
Defense Attorney: Jay Strongwater