IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION<br>NO: 1:18-CR-299-SCJ |
| Plaintiff, | |
| v. | |
| EVELYN K. TAYLOR-PARKS, | |
| Defendant,<br>and | |
| City of Atlanta Defined Benefit Pension Plan Investment Board of Trustees, | |
| Garnishee. | |

**NOTICE OF SERVICE ON DEFENDANT**

PLEASE TAKE NOTICE that the United States effectuated service on Evelyn K. Taylor-Parks by FedEx on March 19, 2019. Attached hereto as Exhibit A is proof of service on Defendant.

Dated: November 22, 2019.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/ Tiffany M. Moore
TIFFANY M. MOORE
*Assistant United States Attorney*
Georgia Bar No. 744522
tiffany.moore2@usdoj.gov
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000
(404) 581-6181 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>EVELYN K. TAYLOR-PARKS,<br><br>Defendant,<br>and<br><br>City of Atlanta Defined Benefit Pension Plan Investment Board of Trustees,<br><br>Garnishee. | CRIMINAL ACTION<br>NO: 1:18-CR-299-SCJ |

## CERTIFICATE OF SERVICE

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 22, 2019.

                                               */s/* Tiffany M. Moore
                                               TIFFANY M. MOORE
                                               *Assistant United States Attorney*